UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20556-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MADELAINE DE LA CARIDAD
TORREDEMERT,

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R
## AND ADJUDICATING DEFENDANT GUILTY

This matter came before the Court on the Report and Recommendation (R&R) [DE 47] of the Honorable Barry L. Garber recommending that the Defendant Madelaine de la Caridad Torredemert's plea of guilty be accepted and Defendant be adjudicated guilty. The Court has reviewed Judge Garber's R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the R&R of Magistrate Judge Garber is ADOPTED and AFFIRMED, and is made the Order of the District Court:

Defendant Torredemert's plea of guilty is accepted, and Defendant Madelaine de la Caridad Torredemert is adjudicated guilty as to Counts 1, 2 and 5 of the Indictment.

DONE AND ORDERED in Miami, Florida this ___1st___ day of December, 2011.

                                        _____
                                        PATRICIA A. SEITZ
                                        UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record
Judge Barry L. Garber